Yahoo! My Yahoo! Mail    Make Y! your home page    Search:    Web Search

YAHOO! MAIL    Welcome, harve20001    Mail Home - Mail Tutorials - Help
[Sign Out, My Account]



| Mail | Addresses | Calendar | Notepad |    Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose                              Search Mail | Search the Web

Blockbuster Total Access
FREE TRIAL

Folders    [Add - Edit]
  Inbox
  Draft
  Sent
  Bulk (21)   [Empty]
  Trash       [Empty]

Search Shortcuts
  My Photos
  My Attachments

See your credit score: $0

Don't quit job
1 year degree

Bad Credit
Refinance Rates

Degrees in as
fast as 1 year

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** "Stan Cherelstein" <scherelstein@waiora.com>  Add to Address Book  Add Mobile Alert
**To:** harve20001@yahoo.com
**Subject:** Testing
**Date:** Tue, 24 Oct 2006 12:13:59 -0400

EXHIBIT C

Dear Dr. Kaufmann,

I hope this e-mail finds you well. I'd like to make you a business proposition.

As you know we are selling the DME product you created and patented under our trade name Natural Cellular Defense. I would like to propose to you that you and Waiora enter into a simple consulting arrangement whereby you perform independent testing and certification of the product. I would like for you to perform this work on a quarterly or semi-annual basis whichever you prefer. We would be willing to pay you a consulting fee of $5,000 per quarter or $10,000 every six months to perform these services. No other strings attached. I hope that you are interested.

It is my desire to sell a great product and ensure that you are recognized and compensated for your work. I don't know all the issues that have existed between Rik and your employer or your self and quite frankly I don't need to be involved. I just

**want my product tested and I think you and I can reach a simple solution.**

**Please let me know your response by sending me back an e-mail or by calling me at my office phone which is 561-922-2201.**

I look forward to hearing from you.

Best regards,

**Stan Cherelstein**
**President and CEO**
**Waiora**

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages     Save Message Text | Full Headers

Check Mail | Compose       Search Mail | Search the Web

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy