UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIFELINK PHARMACEUTICALS, INC., ) | CASE NO. 5:07-cv-00785-JG |
| ) | |
| Plaintiff, ) | JUDGE JAMES S. GWIN |
| ) | |
| v. ) | **DEFENDANTS' JOINT NOTICE OF** |
| ) | **EXCHANGE OF DEFENDANT'S JOINT** |
| NDA CONSULTING, INC., *et al.* ) | **PRELIMINARY INVALIDITY** |
| ) | **CONTENTIONS** |
| Defendants. ) | |

Defendants, by and through their undersigned counsel, hereby give notice of exchange Defendants' Joint Preliminary Invalidity Contentions with all parties of record.

Respectfully submitted,

| | |
|---|---|
| */s/ Phillip E. Dubé* | */s/ Philip R. Wiese* |
| Phillip E. Dubé (Va. Bar No. 43470) | David L. Drechsler  (Bar No. 0042620) |
| Gary C. Rosen (Fla. Bar No. 310107) | Ryan J. Morley (Bar No. 0077452) |
| Becker & Poliakoff, P.A. | Buckingham, Doolittle & Burroughs, LLP |
| 3111 Stirling Road | 1375 East Ninth Street, Suite 1700 |
| Fort Lauderdale, Florida  33312 | Cleveland, Ohio  44114 |
| Telephone:     (954) 987-7550 | Telephone:  (216) 621-5300 |
| Facsimile:       (954) 985-4176 | Facsimile:  (216) 621-5440 |
| Email:  pdube@becker-poliakoff.com | Email:  ddrechsler@bdblaw.com |
|             grosen@becker-poliakoff.com |             rmorley@bdblaw.com |
| Admitted *Pro Hac Vice* | |
| | Philip R. Wiese (Bar No. 0067058) |
| Robert T. Glickman (Bar No. 0059579) | Louis F. Wagner (Bar No. 0010768) |
| Kimberly A. Brennan (Bar No. 0061625) | Buckingham, Doolittle & Burroughs, LLP |
| McCarthy, Lebit, Crystal & Liffman Co., LPA | 3800 Embassy Parkway, Suite 300 |
| 101 West Prospect Avenue, Suite 1800 | Akron, Ohio 44333-8332 |
| Cleveland, Ohio  44115 | Telephone:     (330) 376-5300 |
| Telephone:     (216) 696-1422 | Facsimile:      (330) 258-6559 |
| Facsimile:       (216) 696-1210 | Email:  pwiese@bdblaw.com |
| Email:  rtg@mccarthylebit.com |             lwagner@bdblaw.com |
|             kab@mccarthylebit.com | *Attorneys for Defendants Waiora USA, Inc., Waiora Hong Kong, LLC, Stanley J. Cherelstein, Waiora International, Inc., Waiora Holdings, LLC, Waiora, LLC, Waiora Australia, LLC, David Ewing, Spectrum Supplements, Inc., Kelley Spears, David Bynum, Health is Wealth Maui, LLC dba healthiswealthmaui.com, Purify Your Body dba www.purifyyourbody.com, Adrian Goad, Lloyd Wright, Robin Reno, Rowan Emrys, and John Hanna* |
| *Attorneys for Defendants NDA Consulting, Inc. and Erik Deitsch* | |

2

## CERTIFICATE OF SERVICE

  I hereby certify that on October 22, 2007, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                */s/Philip R. Wiese*

«AK3:909486_v1»