Stipulated dismissal with prejudice approved  4/10/08.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LIFELINK PHARMACEUTICALS, INC., | Case No. 5:07-CV-785 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | MAGISTRATE JUDGE GALLAS |
| NDA CONSULTING, INC., et al. | |
| Defendants. | |

JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Lifelink Pharmaceuticals, Inc. and Defendants NDA Consulting, Inc., Erik Deitsch, Wellness Industries, Inc., Mineral Sciences, Inc., Wasatch Product Development, LLC, RedRock Laboratories, Inc., Waiora USA, Inc., Waiora International, LLC, Waiora Holdings, LLC, Waiora, LLC, Waiora Australia, LLC, Waiora Hong Kong, LLC, Stanley J. Cherelstein, Kelley Spear, Adrian Goad, Rowan Emrys, John Hanna, David Bynam, David Ewing, Lloyd Wright, Health Is Wealth Maui LLC, Purify Your Body, LLC, Spectrum Supplements, Inc. and Robin Reno, through their undersigned attorneys, hereby stipulate that all claims and counterclaims asserted in the above case are dismissed, with prejudice, pursuant to the terms of a Confidential Settlement Agreement and Release entered into by the parties, with the express agreement and understanding that the Court shall retain jurisdiction, if necessary, to enforce the terms of the Confidential Settlement Agreement and Release.